1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CASTRO, | Case No. 2:14-cv-06357-RGK-JEM |
| Plaintiff, | (Honorable John E. McDermott) |
| vs. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION** |
| F/V NEW STELLA, her engines, tackle, apparel, furniture, and appurtenances, in rem; SAL BOY INC.; WESTERN FISH COMPANY, INC.; and DOES 1-10, in personam, | |
| Defendants. | Complaint Filed:   August 13, 2014 |

Pursuant to the stipulation of the parties seeking a protective order,

**IT IS SO ORDERED.**

Dated:  July 24, 2015

_John E. McDermott_

Hon. John E. McDermott
United States Magistrate Judge

28

1

**HINSHAW & CULBERTSON  LLP**
One California Street, 18th Floor
San Francisco, CA 94111
415-362-6000